UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 02029**

Jodi DeCrenza
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Referee Annette Guarino
900 Sheridan Ave
Bronx, N.Y. 10451

Attn:
Bronx Family Court
_____

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Jodi DeCrenza
            Street Address  660 Riverside Drive (5-H)
            County, City  _____
            State & Zip Code  N.Y. - N.Y. 10031
            Telephone Number  646-372-7404

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

RECEIVED
MAR 19 2012
PRO SE OFFICE

Rev. 05/2010

Defendant No. 1    Name _Annette Guarino_____
                   Street Address _Bronx Family Court___
                   County, City _900 Sheridan Ave_____
                   State & Zip Code _Bronx, N.Y. 10451__
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

      ☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Bronx Family Court

B. What date and approximate time did the events giving rise to your claim(s) occur? 10/19/2010 until present day still going on.

C. Facts: Referee Annette Guarino has violated my Civil Rights, is involved in Coershion, Perjury, Showing bias towards the other party since day one. Referee Guarino has had Ex partee conversations with the othersides sister who is a Custody lawyer from Florida.

Won't allow me the biological and Custodial mother to submit any evidence to substantiate my case.

My Attorney had asked her to recuse herself she denied it.

The list goes on and on.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Rev. 05/2010*

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I as a single mother of two daughters has had to sell everything I own including Real Estate, Cars, Jewelry just to pay for a corrupt Court Case! I would like my attorney fees back $120,000 plus Punitive damages for all the time, Energy and what this has done to my Parents and both my Children!

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of March, 2012

Signature of Plaintiff   Jodi Delmy a

Mailing Address   660 Riverside Drive

N.Y. N.Y. 10031

Telephone Number   646-372-7404

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*