```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JODI DECRENZA,

                Plaintiff,

  -against-

REFEREE ANNETTE GUARINO 900
SHERIDAN AVE BRONX, NY 10451 ATTN:
BRONX FAMILY COURT,

                Defendant.

------------------------------------------------------------X

CIVIL JUDGMENT

12 Civ. 2029 (LAP)

    Pursuant to the order issued _____ MAY 0 7 2012 _____ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

    ORDERED, ADJUDGED AND DECREED:  That the Complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(iii).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Judgment would not be taken in good faith.

                                              *Loretta A. Preska*
                                            LORETTA A. PRESKA

Dated: MAY 0 7 2012           Chief United States District Judge

      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY DOCKET SERVICES ON 5/7/12